IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


UNITED STATES OF AMERICA          *
                                  *
                                  *
vs.                               *          No. 4:10CR00032-001  SWW
                                  *
TONY ROBINSON                     *
                                  *


## Order

Before the Court is defendant's motion for relief from judgment pursuant to Fed.R.Civ.P. 60(d)(1), (2), and (3). The Court finds a response by the United States of America would facilitate the resolution of the motion. The Court therefore directs the United States to respond to the motion on or before twenty-one days after the date of entry of this Order.

IT IS SO ORDERED this 25th day of October, 2013.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE