IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| vs. | * | No. 4:10CR00032-001 SWW |
| | * | |
| TONY ROBINSON | * | |
| | * | |

## Order

Before the Court is defendant's motion for reconsideration. The motion [ECF No. 83] is denied.

DATED this 14th day of January, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE